UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:22-cr-79

vs.

IRVIN DWAN JONES,                    District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 20)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 20. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in count one of the indictment, which charges him with knowingly and willfully failing to surrender for service of a sentence pursuant to a court order, in violation of Title 18 U.S.C. §§ 3146(a)(2) and (b)(1)(A)(i). Doc. Nos. 7, 15, 20. The Court will defer the decision of whether to accept the plea agreement until Defendant's sentencing hearing.

    **IT IS SO ORDERED.**

December 7, 2022                                         s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge